UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

THOMAS ZIMMERMAN and
PATRICIA ZIMMERMAN,

           Plaintiffs,                          **Case No. 09-cv-210**

    v.

GREG LOGEMANN, et al.

           Defendants.

## RESPONSE TO PLAINTIFFS' MOTION TO EXTEND TIME TO RESPOND TO COUNTRYWIDE BANK, N.A. AND AMERICA'S WHOLESALE LENDER'S MOTION FOR SUMMARY JUDGMENT

We received Plaintiffs' motion to extend time to respond to Countrywide's summary judgment motion. While we do not agree with Plaintiffs' characterization of the events leading up to the filing of our motion for protective order, we will address those assertions in the ordinary course.

As to Plaintiffs' request for more time to respond to our motion for summary judgment, we do not object to this request in principle. Our purpose in filing our motion for summary judgment with the motion for protective order was not strategic as to holiday filings, but rather to complement the issues raised in the motion for protective order. We leave it to the Court's discretion as to what is a reasonable timeframe to allow Plaintiffs to respond to the motion for summary judgment. There have already been multiple delays, amendments and extensions by Plaintiffs in this case to date, all extending the ultimate resolution of this suit.

1

Dated this 10th day of December, 2010.

                QUARLES & BRADY LLP

/s/ John R. Remington

| Matthew J. Flynn | (1015090) |
|---|---|
| David P. Muth | (1027027) |
| Katherine Maloney Perhach | (1035975) |
| John R. Remington | (1066195) |

411 East Wisconsin Avenue
Milwaukee, Wisconsin  53202
Telephone:  (414) 277-3087
Facsimile:   (414) 978-8897
Email: matthew.flynn@quarles.com
      david.muth@quarles.com
      katherine.perhach@quarles.com
      john.remington@quarles.com

*Attorneys for Defendants Bank of America N.A. (as successor to Countrywide Bank, F.S.B. f/k/a Countrywide Bank, N.A.) and Countrywide Home Loans, Inc. d/b/a America's Wholesale Lender*