IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

THOMAS ZIMMERMAN and PATRICIA ZIMMERMAN,

      Plaintiffs,

v.

1ST RATE MORTGAGE CORP., GRETTA HAUN, BOARDWALK REALTY, INC., COUNTRYWIDE BANK, N.A. and AMERICA'S WHOLESALE LENDER,

      Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-210-slc

---

      This action came for consideration before the court with Magistrate Judge Stephen L. Crocker presiding. The issues have been considered and a decision has been rendered.

---

      IT IS ORDERED AND ADJUDGED that judgment is entered granting summary judgment and dismissing this case as to defendants Boardwalk Realty, Inc., Gretta Haun, Countrywide Bank, N.A. and America's Wholesale Lender.

      IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered in favor of plaintiffs Thomas and Patricia Zimmerman against defendant 1st Rate Mortgage granting plaintiffs' motion for partial summary judgment as to their claim under the Credit Repair Organization Act, 15 U.S.C. § 1679(a). Plaintiffs are awarded $6,965, plus $896 in attorney fees incurred under Rule 37(a)(5)(A) in connection with their October 28, 2010, motion to compel discover plus $2,030 in additional attorneys fees as a sanction under Rule 37(b)(2)(C) for defendant 1st Rate Mortgage Corp.'s failure to provide discovery.

_____        _____
Peter Oppeneer, Clerk of Court        8/2/11
                                                       Date