IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

THOMAS ZIMMERMAN and
PATRICIA ZIMMERMAN,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-210-slc

v.

1st RATE MORTGAGE CORP.,

    Defendant.

    This action came for consideration before the court with Magistrate Judge Stephen L. Crocker presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered against defendant 1st Rate Mortgage Corp. awarding plaintiffs Thomas and Patricia Zimmerman $14,017.75 in attorney's fees.

_____  _____
Peter Oppeneer, Clerk of Court            12/28/11
                                                           Date